ACCEPTED
03-15-00019-CV
5459053
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 4:17:00 PM
JEFFREY D. KYLE
CLERK

## NO: 03-15-00019-CV

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 4:17:00 PM
JEFFREY D. KYLE
Clerk

***JEFF KAISER, P.C. and JEFFERY BENEDICT KAISER***
***a/k/a Jeffrey B. Kaiser,***

*Appellants*

**v.**

***THE STATE OF TEXAS,***

*Appellees*

From the 98th Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-GV-13-000790

### APPELLANTS' MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF TO TODAY, MAY 28, 2015

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, Appellants Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, contemporaneous with the filing of their Appellants' Brief today, file this Motion for Extension of Time to File their Appellants' Brief, ,which motion complies with Rule 10.5(b), and in support thereof would respectfully show as follows:

1.    This is Appellants' third request for an extension of time to file their brief on the merits.  The Court previously granted a second request to

provide time for the court reporter to file the trial exhibits, which were inadvertently left out of the record. The deadline for Appellant's Brief was set for May 8, 2015.

2.     This is an appeal from a final judgment in Cause No. D-1-GV-13-000790; *The State of Texas v. Jeff Kaiser, PC et al.;* in the 98th Judicial District Court of Travis County, Texas. The trial court signed its final order on December 1, 2014.

5.     Appellants filed a request for findings of fact and conclusions of law on December 8, 2014.

6.     Appellants filed their notice of appeal on January 8, 2015.

7.     Appellants' original deadline to file their brief was set for Friday, March 20, 2015, and the deadline after the first unopposed extension was granted by the Court was April 8, 2015. The deadline after the second unopposed request for extension was May 8, 2015.

8.     Appellants' counsel received the supplement to the reporter's record on April 13, 2015. Since receipt of the supplement, Appellants counsel has been occupied with the following matters:

a)     Oral argument on April 15, 2015 to the 14th Court of Appeals in Case No. 14-14-00605-CV; *Kelly v. Wiggins*; in the Court of Appeals for the Fourteenth District of Texas;

b)      a summary judgment reply deadline in Cause No. 2013-68181; *Ellington F. Holdings, LLC v. Tour Partners, Ltd*, in the 55th District Court of Harris County, Texas;

c)      trial preparation for a Monday, April 20, 2015 trial docket call in Cause No. 2013-68181; *Ellington F. Holdings, LLC v. Tour Partners, Ltd*, in the 55th District Court of Harris County, Texas (case subsequently set for trial beginning Tuesday, May 5, 2015);

d)      a May 1, 2015 deadline for a Petition for Review to the Texas Supreme Court in Case No. 15-0334; *Laday v. Pedraza*; in the Supreme Court of Texas;

e)      a May 1, 2015 trial setting in Cause No. 12-DCV-198696; *OGAB Investments, LLC v. Suarez*; in the 269th District Court of Fort Bend County, Texas;

f)      a May 5, 2015 trial setting in Cause No. 2013-68181; *Ellington F. Holdings, LLC v. Tour Partners, Ltd*, in the 55th District Court of Harris County, Texas;

g)      a May 12, 2015 dispositive hearing in Cause No. CV-0070213; *Kelly v. Wiggins*; in County Court at Law No. 1 of Galveston County, Texas; and

h) several motions, discovery deadlines, mediation, and various time-sensitive matters in several pending cases.

9. Due to the commitments above, Appellants' counsel was unable to prepare an adequate Appellants' brief to aid the Court before the May 8, 2015 deadline. Appellants' counsel has completed Appellants' Brief and has contemporaneously filed same today, Thursday, May 28, 2015.

10. Appellants respectfully request that the Court extend time for Appellants to file their Appellants' Brief for 20 days, making the extended deadline today, Thursday, May 28, 2015.

11. Appellants do not seek this extension for the purposes of delay but only so that justice may be served.

PRAYER

For all these reasons, Appellants respectfully request a 20-day extension of time for filing their Appellants' Brief for a new deadline of May 28, 2015 and for all such further relief to which they may be justly entitled.

TWOMEY | MAY, PLLC

*/s/ George F. May/*
_____
George F. May
TBA NO. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]

4

george@twomeymay.com

Attorney in Charge on Appeal for Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, Appellants

## CERTIFICATE OF CONFERENCE:

I certify that I conferred with counsel for Appellee who stated that Appellee does not have authority to allow this motion to be filed as unopposed, but stated that Appellee will not seek dismissal of this Appeal. This motion is therefore filed as opposed.

*/s/ George F. May/*

_____

George F. May

**CERTIFICATE OF SERVICE**

I, George F. May, hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all parties and counsel of record, pursuant to Rules 21 and 21a, Tex. R. Civ. P., on this 28th day of May, 2015.

Mr. Sean O'Neill                                      Texas E-File/ E-Mail
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, Texas  78711-2548
Telephone:  512-463-2173
Direct Line: 512-475-4255
Fax: 512-936-1409
Email: Sean.Oneill@texasattorneygeneral.gov


                                        /s/ George F. May/
                                        _____
                                        George F. May

6